# EXHIBIT A-4

| | |
|---|---|
| From: | William Ramey |
| To: | Talbot Hansum; LitigationParalegals |
| Cc: | djhoffman@djhoffmanlaw.com; Litigation Attorneys; Michael Samalin; Gabriel Culver |
| Subject: | Re: VDPP v. Janam Cases |
| Date: | Friday, January 2, 2026 5:55:31 PM |
| Attachments: | image002.png |
| | image005.png |
| | shield-advisory.png |
| | chevron-light.png |



External email

Hi talbot,

For the Vdpp case, my client will resolve at ▇. For the Mesa case, my client will accept ▇.

An we close these?

Bill

William P. Ramey, III
Ramey LLP
446 Heights Blvd., Suite 200
Houston, Texas 77007
(713) 426-3923
(832) 900-4941 (fax)
wramey@rameyfirm.com
www.rameyfirm.com

This email contains privileged and confidential information. If you are not the intended recipient please delete and notify the sender.

---

**From:** Talbot Hansum <talbot.hansum@nortonrosefulbright.com>
**Sent:** Friday, January 2, 2026 3:57:54 PM
**To:** William Ramey <wramey@rameyfirm.com>; LitigationParalegals <LitParalegals@rameyfirm.com>
**Cc:** djhoffman@djhoffmanlaw.com <djhoffman@djhoffmanlaw.com>; Litigation Attorneys <litattorneys@rameyfirm.com>; Michael Samalin <michael.samalin@nortonrosefulbright.com>; Gabriel Culver <gabriel.culver@nortonrosefulbright.com>
**Subject:** RE: VDPP v. Janam Cases

Thank you, Bill. Please confirm you will withdraw the application today, otherwise we will have to prepare an opposition. To be clear, Local Rule 1.3(g)(2)(B) requires you to disclose all sanctions. There is not an exception for ones you are currently appealing or that are not pending, so *VDPP v. Volkswagen* and others should be listed. You also did not address my concern that the State Bar of Texas issued a

Certificate of Good Standing without knowing about past sanctions. Please let me know if you have submitted them to the State Bar.

> (2) upon an affidavit by the applicant stating
>
>    (A) whether the applicant has ever been convicted of a felony,
>
>    (B) whether the applicant has ever been censured, suspended, disbarred, or denied admission or readmission by any court,
>
>    (C) whether there are any disciplinary proceedings presently against the applicant, and
>
>    (D) the facts and circumstances surrounding any affirmative responses to (a) through (c); and

Regards,

Talbot

**Talbot Hansum** | Partner
Norton Rose Fulbright US LLP
98 San Jacinto Boulevard, Suite 1100, Austin, Texas  78701-4255, United States
Tel +1 512 536 3018 | Fax +1 512 536 4598
talbot.hansum@nortonrosefulbright.com

# NORTON ROSE FULBRIGHT

*Law around the world*
nortonrosefulbright.com

**From:** William Ramey <wramey@rameyfirm.com>
**Sent:** Friday, January 2, 2026 3:35 PM
**To:** Talbot Hansum <talbot.hansum@nortonrosefulbright.com>; LitigationParalegals <LitParalegals@rameyfirm.com>
**Cc:** djhoffman@djhoffmanlaw.com; Litigation Attorneys <litattorneys@rameyfirm.com>; Michael Samalin <michael.samalin@nortonrosefulbright.com>; Gabriel Culver <gabriel.culver@nortonrosefulbright.com>
**Subject:** RE: VDPP v. Janam Cases

Hi Talbot,

I take the question to mean whether I have been denied admission.  Let me take a further look.

As for the referral, nothing has come of it so there are no proceedings against me.

Thanks,

Bill

---

**From:** Talbot Hansum <talbot.hansum@nortonrosefulbright.com>
**Sent:** Friday, January 2, 2026 12:52 PM
**To:** William Ramey <wramey@rameyfirm.com>; LitigationParalegals <LitParalegals@rameyfirm.com>
**Cc:** djhoffman@djhoffmanlaw.com; Litigation Attorneys <litattorneys@rameyfirm.com>; Michael Samalin <michael.samalin@nortonrosefulbright.com>; Gabriel Culver <gabriel.culver@nortonrosefulbright.com>
**Subject:** RE: VDPP v. Janam Cases

Dear Bill,

I see your application filed today for admission pro hac vice in *VDPP, LLC v. Janam Technologies LLC*, E.D.N.Y. 2:25-cv-05391-SJB-ARL. I call to your attention serious inaccuracies and incomplete information in your affidavit that require you to immediately withdraw it. In your affidavit you state:

> "5. I have never been suspended, disbarred or denied admission by any court."

That statement is both inaccurate and incomplete. For example, in the attached decision in *Coop. Entertainment, Inc. v Alibaba Cloud US LLC*, 25-CV-01842-LJC, 2025 WL 1343592 (N.D. Cal. May 8, 2025), Magistrate Judge Cisneros denied your renewed application to appear pro hac vice and stated that "[o]n April 16, 2025, this Court denied attorney William Ramey's application to appear pro hac vice . . . . ." The court proceeded to state that your "false statements and pattern of misconduct related to pro hac vice applications warranted denying his application as a matter of the Court's discretion."

You also stated in your affidavit that:

> "6. I have no disciplinary proceeding presently pending in any court."

In her decision, Magistrate Judge Cisneros stated as follows: "Ramey is hereby REFERRED to Court's Standing Committee on Professional Conduct to determine appropriate sanctions for his false statements in pro hac vice applications, potentially including monetary sanctions sufficient to deter future misconduct, a requirement to report such sanctions to other courts or disciplinary authorities, or any other sanctions the Committee finds to be appropriate. The Clerk is instructed to open a new miscellaneous matter to allow for the Standing Committee's consideration of this referral." You did not address this disciplinary matter in your affidavit, even though it concerned

"false statements in pro hac vice applications."

Local Rule 1.3 of the EDNY provides that an applicant for admission pro hac vice must provide an affidavit that states "(2) whether the applicant has ever been censured, suspended, disbarred, or denied admission or readmission by any court."

Under Local Rule 1.3, you were required to inform the Court of every instance where you were censured. I am attaching the decision in *MCOM IP, LLC v. Cisco Systems, Inc.*, 6.22-cv-00261-ADA, about which you were required to inform the Court here.

I also note that your State Bar of Texas profile states there is "No Public Disciplinary History" despite the cases mentioned above. This raises questions about whether the Certificate of Good Standing include with your *pro hac vice* application was issued after the State Bar of Texas was able to take those cases into account. Please provide any disclosures you have made to the State Bar of Texas pursuant to Texas Disciplinary Rules of Professional Conduct § 8.03(f) concerning disciplinary orders from federal courts. If you have not made any such disclosures, please say so.

The attached is not intended to provide a comprehensive history of your being denied admission pro hac vice, or of being censured or sanctioned. That is your obligation to provide to the Court. I ask that you let me know before 3 pm CT today whether you will withdraw your affidavit. If you do not, I intend to inform the Court about the above discussed inaccuracies and incomplete information.

Thank you,

Talbot


**Talbot Hansum** | Partner
Norton Rose Fulbright US LLP
98 San Jacinto Boulevard, Suite 1100, Austin, Texas  78701-4255, United States
Tel +1 512 536 3018 | Fax +1 512 536 4598
[talbot.hansum@nortonrosefulbright.com](mailto:talbot.hansum@nortonrosefulbright.com)

### NORTON ROSE FULBRIGHT

*Law around the world*
[nortonrosefulbright.com](http://nortonrosefulbright.com)

**From:** Talbot Hansum
**Sent:** Monday, December 29, 2025 11:50 AM
**To:** William Ramey <[wramey@rameyfirm.com](mailto:wramey@rameyfirm.com)>; LitigationParalegals <[LitParalegals@rameyfirm.com](mailto:LitParalegals@rameyfirm.com)>
**Cc:** [djhoffman@djhoffmanlaw.com](mailto:djhoffman@djhoffmanlaw.com); Litigation Attorneys <[litattorneys@rameyfirm.com](mailto:litattorneys@rameyfirm.com)>; Michael Samalin <[michael.samalin@nortonrosefulbright.com](mailto:michael.samalin@nortonrosefulbright.com)>; Gabriel Culver

<gabriel.culver@nortonrosefulbright.com>
**Subject:** RE: VDPP v. Janam Cases

Bill,

We will need to see any application for a motion to amend the complaint before providing Janam's position, but I expect Janam will oppose.

Normally I would not hesitate to extend the courtesy of an extension when reasonable, but we have been asking you to dismiss or amend the Complaints in the VDPP and Mesa Digital cases since November 12 when I sent you a letter in both cases. Since then, you have twice failed to appear for a meet and confer at the previously agreed time, and on more than one occasion you have been unaware of the status of these cases (including in the thread below where you asked, "What did we miss?"). Further, the deficiencies noted in my letter, particularly with respect to marking, were raised in several of your other cases, yet you filed the Complaints in these cases with the same deficiencies.

The recent order from Judge Albright enjoining you from filing new patent infringement cases in the Western District of Texas without advance permission highlights that the course of conduct above is not a "one off." For example, that opinion notes your failure to appear at 2 hearings and a "playbook" that includes "filing substantively weak pleadings" like VDPP's and Mesa Digital's complaints against Janam.

Under these circumstances, "[t]oo many people on vacation" appears to mean that you are not paying attention to your cases. Your firm has filed 17 additional cases for VDPP alone since my November 12 letters. In that time, it appears you have done nothing to address the deficiencies in either of VDPP or Mesa Digital's Complaints against Janam. It is unfair, inconsiderate, and incurs unnecessary expense for Janam when I need to frequently follow up with you, remind you of your own clients' deadlines, and now re-visit the issue of leave to amend.

Please provide copies of what you plan to file Tuesday, and I will work to get Janam's position quickly.

Thank you.

Kind regards,

Talbot

**Talbot Hansum** | Partner
Norton Rose Fulbright US LLP
98 San Jacinto Boulevard, Suite 1100, Austin, Texas  78701-4255, United States
Tel +1 512 536 3018 | Fax +1 512 536 4598
talbot.hansum@nortonrosefulbright.com

### NORTON ROSE FULBRIGHT

*Law around the world*
nortonrosefulbright.com

**From:** Talbot Hansum <talbot.hansum@nortonrosefulbright.com>
**Sent:** Monday, December 29, 2025 10:04 AM
**To:** William Ramey <wramey@rameyfirm.com>; Gabriel Culver <gabriel.culver@nortonrosefulbright.com>; LitigationParalegals <LitParalegals@rameyfirm.com>
**Cc:** djhoffman@djhoffmanlaw.com; Litigation Attorneys <litattorneys@rameyfirm.com>; Michael Samalin <michael.samalin@nortonrosefulbright.com>
**Subject:** Re: VDPP v. Janam Cases

Bill, Please clarify what filings you intend to submit on Tuesday that you are asking for Janam's position on.

**Talbot Hansum** | Partner
Norton Rose Fulbright US LLP
98 San Jacinto Boulevard, Suite 1100, Austin, Texas  78701-4255, United States
Tel +1 512 536 3018 | Fax +1 512 536 4598
talbot.hansum@nortonrosefulbright.com

### NORTON ROSE FULBRIGHT

*Law around the world*
nortonrosefulbright.com

* Sent from mobile device. Please excuse brevity and typos.

**From:** William Ramey <wramey@rameyfirm.com>
**Sent:** Monday, December 29, 2025 9:38:45 AM
**To:** Talbot Hansum <talbot.hansum@nortonrosefulbright.com>; Gabriel Culver <gabriel.culver@nortonrosefulbright.com>; LitigationParalegals <LitParalegals@rameyfirm.com>
**Cc:** djhoffman@djhoffmanlaw.com <djhoffman@djhoffmanlaw.com>; Litigation Attorneys <litattorneys@rameyfirm.com>; Michael Samalin <michael.samalin@nortonrosefulbright.com>
**Subject:** RE: VDPP v. Janam Cases

Yes, our apologies.  Too many people on vacation.  We will get it filed by COB Tuesday.  Can we list you as unopposed?

Again, our apologies.

Bill

---

**From:** Talbot Hansum <talbot.hansum@nortonrosefulbright.com>
**Sent:** Monday, December 29, 2025 9:37 AM
**To:** William Ramey <wramey@rameyfirm.com>; Gabriel Culver <gabriel.culver@nortonrosefulbright.com>
**Cc:** djhoffman@djhoffmanlaw.com; Litigation Attorneys <litattorneys@rameyfirm.com>; Michael Samalin <michael.samalin@nortonrosefulbright.com>
**Subject:** Re: VDPP v. Janam Cases

You had agreed to file an amended complaint and to enter an appearance by December 22nd. We filed a stipulation with your agreement in both this case and Mesa Digital's case against Janam.

Thanks,

Talbot

**Talbot Hansum** | Partner
Norton Rose Fulbright US LLP
98 San Jacinto Boulevard, Suite 1100, Austin, Texas  78701-4255, United States
Tel +1 512 536 3018 | Fax +1 512 536 4598
talbot.hansum@nortonrosefulbright.com

## NORTON ROSE FULBRIGHT

*Law around the world*
nortonrosefulbright.com

* Sent from mobile device. Please excuse brevity and typos.

---

**From:** William Ramey <wramey@rameyfirm.com>
**Sent:** Wednesday, December 24, 2025 2:48 PM
**To:** Talbot Hansum <talbot.hansum@nortonrosefulbright.com>; Gabriel Culver <gabriel.culver@nortonrosefulbright.com>
**Cc:** djhoffman@djhoffmanlaw.com <djhoffman@djhoffmanlaw.com>; Litigation Attorneys <litattorneys@rameyfirm.com>; Michael Samalin <michael.samalin@nortonrosefulbright.com>
**Subject:** Re: VDPP v. Janam Cases

What did we miss?

William P. Ramey, III
Ramey LLP
5020 Montrose Blvd., Suite 800

Houston, Texas 77006

(713) 426-3923

(832) 689-9175 (fax)

wramey@rameyfirm.com

www.rameyfirm.com

This email contains privileged and confidential information. If you are not the intended recipient please delete and notify the sender.

**From:** Talbot Hansum <talbot.hansum@nortonrosefulbright.com>
**Sent:** Wednesday, December 24, 2025 1:31:59 PM
**To:** Gabriel Culver <gabriel.culver@nortonrosefulbright.com>; William Ramey <wramey@rameyfirm.com>
**Cc:** djhoffman@djhoffmanlaw.com <djhoffman@djhoffmanlaw.com>; Litigation Attorneys <litattorneys@rameyfirm.com>; Michael Samalin <michael.samalin@nortonrosefulbright.com>
**Subject:** Re: VDPP v. Janam Cases

Bill and
David,

You have violated the Court's ordered stipulation. VDPP did not amend its complaint and Bill did not enter an appearance by December 22 as stipulated. Janam reserves all rights regarding enforcement, sanctions, and fees with respect to VDPP's breach and violation.

Regards,

Talbot

**Talbot Hansum** | Partner
Norton Rose Fulbright US LLP
98 San Jacinto Boulevard, Suite 1100, Austin, Texas 78701-4255, United States
Tel +1 512 536 3018 | Fax +1 512 536 4598
talbot.hansum@nortonrosefulbright.com

* Sent from mobile device. Please excuse brevity and typos.
**NORTON ROSE FULBRIGHT**

*Law around the world*
nortonrosefulbright.com

**From:** Gabriel Culver <gabriel.culver@nortonrosefulbright.com>
**Sent:** Tuesday, December 16, 2025 10:02:10 AM

**To:** William Ramey <wramey@rameyfirm.com>; Talbot Hansum <talbot.hansum@nortonrosefulbright.com>
**Cc:** djhoffman@djhoffmanlaw.com <djhoffman@djhoffmanlaw.com>; Litigation Attorneys <litattorneys@rameyfirm.com>; Michael Samalin <michael.samalin@nortonrosefulbright.com>
**Subject:** RE: VDPP v. Janam Cases

Good morning,

This message is to confirm that I spoke via phone with Mr. Hoffman and he gave his permission for us to sign his name on the pleadings and file.

Thank you.

Kind regards,

**Gabriel Culver** | Senior Associate
Norton Rose Fulbright US LLP
98 San Jacinto Boulevard, Suite 1100, Austin, Texas  78701-4255, United States
Tel +1 512 536 2401

# NORTON ROSE FULBRIGHT

**From:** William Ramey <wramey@rameyfirm.com>
**Sent:** Monday, December 15, 2025 11:11 AM
**To:** Talbot Hansum <talbot.hansum@nortonrosefulbright.com>
**Cc:** djhoffman@djhoffmanlaw.com; Litigation Attorneys <litattorneys@rameyfirm.com>; Michael Samalin <michael.samalin@nortonrosefulbright.com>; Gabriel Culver <gabriel.culver@nortonrosefulbright.com>
**Subject:** RE: VDPP v. Janam Cases


David hoffman

**From:** Talbot Hansum <talbot.hansum@nortonrosefulbright.com>
**Sent:** Monday, December 15, 2025 11:02 AM
**To:** William Ramey <wramey@rameyfirm.com>
**Cc:** djhoffman@djhoffmanlaw.com; Litigation Attorneys <litattorneys@rameyfirm.com>; Michael Samalin <michael.samalin@nortonrosefulbright.com>; Gabriel Culver <gabriel.culver@nortonrosefulbright.com>
**Subject:** RE: VDPP v. Janam Cases

Thank you, Bill. We can handle filing. Please let me know who is signing for VDPP and Mesa and provide their permission via email.

Talbot

**Talbot Hansum** | Partner
Norton Rose Fulbright US LLP
98 San Jacinto Boulevard, Suite 1100, Austin, Texas  78701-4255, United States
Tel +1 512 536 3018 | Fax +1 512 536 4598
talbot.hansum@nortonrosefulbright.com

# NORTON ROSE FULBRIGHT

*Law around the world*
nortonrosefulbright.com
**From:** William Ramey <wramey@rameyfirm.com>
**Sent:** Monday, December 15, 2025 10:44 AM
**To:** Talbot Hansum <talbot.hansum@nortonrosefulbright.com>
**Cc:** djhoffman@djhoffmanlaw.com; Litigation Attorneys <litattorneys@rameyfirm.com>; Michael Samalin <michael.samalin@nortonrosefulbright.com>; Gabriel Culver <gabriel.culver@nortonrosefulbright.com>
**Subject:** Re: VDPP v. Janam Cases


Hi Talbot,

For both cases we agree to the extension and to appear

William P. Ramey, III

Ramey LLP

5020 Montrose Blvd., Suite 800

Houston, Texas 77006

(713) 426-3923

(832) 689-9175 (fax)

wramey@rameyfirm.com

www.rameyfirm.com

This email contains privileged and confidential information. If you are not the intended recipient please delete and notify the sender.

**From:** Talbot Hansum <talbot.hansum@nortonrosefulbright.com>
**Sent:** Monday, December 15, 2025 10:19:01 AM
**To:** William Ramey <wramey@rameyfirm.com>
**Cc:** djhoffman@djhoffmanlaw.com <djhoffman@djhoffmanlaw.com>; Litigation Attorneys <litattorneys@rameyfirm.com>; Michael Samalin <michael.samalin@nortonrosefulbright.com>; Gabriel Culver <gabriel.culver@nortonrosefulbright.com>
**Subject:** RE: VDPP v. Janam Cases

Bill,

I requested a response to Janam's proposed stipulation by last Friday and have not heard from you. I would appreciate the courtesy of a response today. Will VDPP agree to the stipulation that includes an agreed extension and an agreement to appear in this case?

Thank you.

Kind regards,

Talbot


**Talbot Hansum** | Partner
Norton Rose Fulbright US LLP
98 San Jacinto Boulevard, Suite 1100, Austin, Texas  78701-4255, United States
Tel +1 512 536 3018 | Fax +1 512 536 4598
talbot.hansum@nortonrosefulbright.com

# NORTON ROSE FULBRIGHT

*Law around the world*
nortonrosefulbright.com
**From:** Talbot Hansum
**Sent:** Wednesday, December 10, 2025 3:41 PM
**To:** William Ramey <wramey@rameyfirm.com>
**Cc:** djhoffman@djhoffmanlaw.com; Litigation Attorneys <litattorneys@rameyfirm.com>; Michael Samalin <michael.samalin@nortonrosefulbright.com>; Gabriel Culver <gabriel.culver@nortonrosefulbright.com>
**Subject:** RE: VDPP v. Janam Cases


Bill,

Thank you for meeting and conferring on Monday to discuss Janam's premotion conference letter regarding its anticipated Rule 12(b)(6) motion to dismiss.

You stated that VDPP, LLC ("VDPP") will amend its Complaint to address the current deficiencies in pleading infringement outlined in my November 12 letter, and that VDPP will do so before Janam's December 22 deadline to Answer or otherwise respond. To clarify the deadlines in view of your coming amendment, **please let me know by this Friday, December 12 if VDPP will agree to the attached stipulation** concerning the schedule and that you will enter an appearance in this case per our discussion and because you are VDPP's lead counsel.

To the extent VDPP's Amended Complaint does not rectify the issues raised in my November 12 letter

about marking specific products, we will understand VDPP is unable to cure those deficiencies. Accordingly, Janam will oppose any future attempts to amend the Complaint because amendment would be futile.

Thank you.

Kind regards,

Talbot



**Talbot Hansum** | Partner
Norton Rose Fulbright US LLP
98 San Jacinto Boulevard, Suite 1100, Austin, Texas  78701-4255, United States
Tel +1 512 536 3018 | Fax +1 512 536 4598
talbot.hansum@nortonrosefulbright.com

# NORTON ROSE FULBRIGHT

*Law around the world*
nortonrosefulbright.com
**From:** William Ramey <wramey@rameyfirm.com>
**Sent:** Monday, December 8, 2025 11:23 AM
**To:** Talbot Hansum <talbot.hansum@nortonrosefulbright.com>
**Cc:** djhoffman@djhoffmanlaw.com; Litigation Attorneys <litattorneys@rameyfirm.com>; Michael Samalin <michael.samalin@nortonrosefulbright.com>; Gabriel Culver <gabriel.culver@nortonrosefulbright.com>
**Subject:** RE: VDPP v. Janam Cases



Let us do 4:15

**From:** Talbot Hansum <talbot.hansum@nortonrosefulbright.com>
**Sent:** Monday, December 8, 2025 11:19 AM
**To:** William Ramey <wramey@rameyfirm.com>
**Cc:** djhoffman@djhoffmanlaw.com; Litigation Attorneys <litattorneys@rameyfirm.com>; Michael Samalin <michael.samalin@nortonrosefulbright.com>; Gabriel Culver <gabriel.culver@nortonrosefulbright.com>
**Subject:** RE: VDPP v. Janam Cases


That works. I am available:

- 12:30-2 pm CT

- 2:30-3 pm CT

- 3:30-4:30 pm CT

Let me know what works and I will send a calendar appointment. You can call me directly.

Thanks,

Talbot

**Talbot Hansum** | Partner
Norton Rose Fulbright US LLP
98 San Jacinto Boulevard, Suite 1100, Austin, Texas  78701-4255, United States
Tel +1 512 536 3018 | Fax +1 512 536 4598
talbot.hansum@nortonrosefulbright.com

# NORTON ROSE FULBRIGHT

*Law around the world*
nortonrosefulbright.com
**From:** William Ramey <wramey@rameyfirm.com>
**Sent:** Monday, December 8, 2025 11:16 AM
**To:** Talbot Hansum <talbot.hansum@nortonrosefulbright.com>
**Cc:** djhoffman@djhoffmanlaw.com; Litigation Attorneys <litattorneys@rameyfirm.com>; Michael Samalin <michael.samalin@nortonrosefulbright.com>; Gabriel Culver <gabriel.culver@nortonrosefulbright.com>
**Subject:** RE: VDPP v. Janam Cases

How is later today?

**From:** Talbot Hansum <talbot.hansum@nortonrosefulbright.com>
**Sent:** Monday, December 8, 2025 11:15 AM
**To:** William Ramey <wramey@rameyfirm.com>
**Cc:** djhoffman@djhoffmanlaw.com; Litigation Attorneys <litattorneys@rameyfirm.com>; Michael Samalin <michael.samalin@nortonrosefulbright.com>; Gabriel Culver <gabriel.culver@nortonrosefulbright.com>
**Subject:** RE: VDPP v. Janam Cases

Bill,

I have not heard from you. Please provide your availability to meet and confer this week. Janam intends to file a request for an in-person premotion conference concerning a forthcoming Rule 12(b)(6) Motion to Dismiss if VDPP is unwilling to dismiss or amend its Complaint prior to the current December 22 deadline for Janam to Answer or otherwise respond.

On that call we can also discuss the Mesa Digital matter which presents the same issues in the same court, though in different chambers.

Thank you,

Talbot

**Talbot Hansum** | Partner
Norton Rose Fulbright US LLP
98 San Jacinto Boulevard, Suite 1100, Austin, Texas  78701-4255, United States
Tel +1 512 536 3018 | Fax +1 512 536 4598
talbot.hansum@nortonrosefulbright.com

**NORTON ROSE FULBRIGHT**

*Law around the world*
nortonrosefulbright.com
**From:** Talbot Hansum
**Sent:** Monday, December 1, 2025 5:15 PM
**To:** William Ramey <wramey@rameyfirm.com>
**Cc:** djhoffman@djhoffmanlaw.com; Litigation Attorneys <litattorneys@rameyfirm.com>; Michael Samalin <michael.samalin@nortonrosefulbright.com>; Gabriel Culver <gabriel.culver@nortonrosefulbright.com>
**Subject:** RE: VDPP v. Janam Cases

Bill,

What is VDPP's position with respect to Janam's request for dismissal? When we last spoke on November 21, you said you were still looking into it and that you anticipated providing an answer last week.

Thank you.

Kind regards,

Talbot

**Talbot Hansum** | Partner
Norton Rose Fulbright US LLP
98 San Jacinto Boulevard, Suite 1100, Austin, Texas  78701-4255, United States
Tel +1 512 536 3018 | Fax +1 512 536 4598
talbot.hansum@nortonrosefulbright.com

**NORTON ROSE FULBRIGHT**

*Law around the world*
nortonrosefulbright.com
**From:** Talbot Hansum
**Sent:** Friday, November 21, 2025 4:53 PM
**To:** William Ramey <wramey@rameyfirm.com>
**Cc:** djhoffman@djhoffmanlaw.com; Litigation Attorneys <litattorneys@rameyfirm.com>; Michael Samalin <michael.samalin@nortonrosefulbright.com>; Gabriel Culver <gabriel.culver@nortonrosefulbright.com>
**Subject:** RE: VDPP v. Janam Cases

Bill,

Thank you for your time on the phone just now. As discussed, you said that you believe you'll be able to get back to us next week about the issues raised in my November 12 letter, and let us know whether VDPP plans to dismiss, amend, or continue with the Complaint as written. We look forward to hearing from you.

Kind regards,

Talbot


**Talbot Hansum** | Partner
Norton Rose Fulbright US LLP
98 San Jacinto Boulevard, Suite 1100, Austin, Texas  78701-4255, United States
Tel +1 512 536 3018 | Fax +1 512 536 4598
talbot.hansum@nortonrosefulbright.com

# NORTON ROSE FULBRIGHT

*Law around the world*
nortonrosefulbright.com
**From:** Talbot Hansum
**Sent:** Tuesday, November 18, 2025 4:38 PM
**To:** William Ramey <wramey@rameyfirm.com>
**Cc:** djhoffman@djhoffmanlaw.com; Litigation Attorneys <litattorneys@rameyfirm.com>; Michael Samalin <michael.samalin@nortonrosefulbright.com>; Gabriel Culver <gabriel.culver@nortonrosefulbright.com>
**Subject:** RE: VDPP v. Janam Cases

I am out next week but I am available this Friday or on Monday, December 1. Thank you.

**Talbot Hansum** | Partner
Norton Rose Fulbright US LLP
98 San Jacinto Boulevard, Suite 1100, Austin, Texas  78701-4255, United States
Tel +1 512 536 3018 | Fax +1 512 536 4598
talbot.hansum@nortonrosefulbright.com

## NORTON ROSE FULBRIGHT

*Law around the world*
nortonrosefulbright.com

**From:** William Ramey <wramey@rameyfirm.com>
**Sent:** Tuesday, November 18, 2025 4:24 PM
**To:** Talbot Hansum <talbot.hansum@nortonrosefulbright.com>
**Cc:** djhoffman@djhoffmanlaw.com; Litigation Attorneys <litattorneys@rameyfirm.com>; Michael Samalin <michael.samalin@nortonrosefulbright.com>; Gabriel Culver <gabriel.culver@nortonrosefulbright.com>
**Subject:** RE: VDPP v. Janam Cases

Hi Talbot,

We are diligently reviewing.  How is next week?

Bill

William P. Ramey, III



5020 Montrose Bvd., Suite 800

Houston, Texas 77006

(713) 426-3923

(832) 900-4941 (facsimile)

www.rameyfirm.com

This communication is CONFIDENTIAL and may be privileged. If you are not the intended recipient, please notify me immediately and delete this message. Further disclosure or copying of any portion of this message is unauthorized.

**From:** Talbot Hansum <talbot.hansum@nortonrosefulbright.com>
**Sent:** Tuesday, November 18, 2025 4:19 PM
**To:** William Ramey <wramey@rameyfirm.com>
**Cc:** djhoffman@djhoffmanlaw.com; Litigation Attorneys <litattorneys@rameyfirm.com>; Michael Samalin <michael.samalin@nortonrosefulbright.com>; Gabriel Culver <gabriel.culver@nortonrosefulbright.com>
**Subject:** RE: VDPP v. Janam Cases

Bill,

Are you available to meet and confer this week on the attached correspondence requesting that VDPP dismiss this case?

Thank you.

Kind regards,

Talbot


**Talbot Hansum** | Partner
Norton Rose Fulbright US LLP
98 San Jacinto Boulevard, Suite 1100, Austin, Texas  78701-4255, United States
Tel +1 512 536 3018 | Fax +1 512 536 4598
talbot.hansum@nortonrosefulbright.com

# NORTON ROSE FULBRIGHT

*Law around the world*
nortonrosefulbright.com
**From:** William Ramey <wramey@rameyfirm.com>
**Sent:** Wednesday, October 22, 2025 5:28 PM
**To:** Talbot Hansum <talbot.hansum@nortonrosefulbright.com>
**Cc:** djhoffman@djhoffmanlaw.com; Litigation Attorneys <litattorneys@rameyfirm.com>
**Subject:** RE: VDPP v. Janam Cases


Hi Talbot,

For the VDPP case, did your client sed you the attached letter?

While the letter asks for ▬▬▬, before your client responds, we can accept ▬▬▬ to resolve the dispute.  After a response, the offer will go up.

Let me know if we can discuss.

Bill

William P. Ramey, III



5020 Montrose Bvd., Suite 800

Houston, Texas 77006

(713) 426-3923

(832) 900-4941 (facsimile)

www.rameyfirm.com

This communication is CONFIDENTIAL and may be privileged. If you are not the intended recipient, please notify me immediately and delete this message. Further disclosure or copying of any portion of this message is unauthorized.

**From:** Talbot Hansum <talbot.hansum@nortonrosefulbright.com>
**Sent:** Wednesday, October 22, 2025 4:33 PM
**To:** William Ramey <wramey@rameyfirm.com>
**Cc:** djhoffman@djhoffmanlaw.com
**Subject:** VDPP & Mesa Digital v. Janam Cases

Bill,

I left a message with your admin on this, but I represent Janam Technologies in the VDPP and Mesa Digital cases filed in the Eastern District of New York. Will VDPP and Mesa Digital agree to a 45-day extension to answer or otherwise respond?

Please also let me know if VDPP and/or Mesa have a demand.

Thank you.

Kind regards,

Talbot

**Talbot Hansum** | Partner
Norton Rose Fulbright US LLP
98 San Jacinto Boulevard, Suite 1100, Austin, Texas  78701-4255, United States
Tel +1 512 536 3018 | Fax +1 512 536 4598
talbot.hansum@nortonrosefulbright.com

# NORTON ROSE FULBRIGHT

*Law around the world*
nortonrosefulbright.com

This email message and any attachments are for the sole use of the intended recipient(s). Any unauthorized review, use, disclosure, copying or distribution is prohibited. If you are not the intended recipient, please

contact the sender by reply email and destroy all copies of the original message and any attachments.

To reply to our email administrator directly, send an email to nrfus.postmaster@nortonrosefulbright.com.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com/legal-notices.